# THE LAW OFFICES OF
# ENTIN LAW GROUP, P.A.
## A PROFESSIONAL ASSOCIATION

633 S. ANDREWS AVENUE, SUITE 500
FORT LAUDERDALE, FLORIDA 33301
www.EntinLaw.com

TELEPHONE:  (954) 761-7201
FACSIMILE:   (954) 764-2443



*From the Desk of:*
**ALVIN E. ENTIN**
*Aentin@hotmail.com*

JOSHUA M. ENTIN
ALVIN E. ENTIN
MICHELLE SCHLESINGER

DARREN J. ROUSSO*
JOHN R. HOWES*

*of Counsel

November 12, 2019

The Honorable Loretta A. Preska
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom #12A
New York, NY 10007

Re: <u>United States v. Abiola Olajumoke</u>  19 CR 291 (LAP)

Dear Judge Preska:

On consent of the Government, the Defendant respectfully requests that the status conference, currently scheduled for Monday, November 25, 2019, be continued.

The reason for this request is due to the fact that undersigned counsel and AUSA Daniel Wolf are actively engaged in meaningful and ongoing plea negations. It should also be noted that the undersigned will be traveling to California visit his three of his children and his grandson from November 23, 2019 through November 30, 2019.

Undersigned counsel has conferred with Assistant United States Attorney Wolf, who advised he has no objection to this request for continuance. Speedy trial is hereby waived from November 25, 2019 to the next adjourned court date to be set by this Court.

Thank you for your consideration.

Sincerely,
/s/ Alvin E. Entin
ALVIN E. ENTIN, ESQ.

cc via ECF to:
AUSA Daniel Wolf

*The conference for this defendant only is adjourned to January 8, 2020 at 10:30 a.m. Time is excluded under the speedy trial act until January 8, 2020 for this defendant in the interest of justice. So ordered.*

*Loretta A. Preska  11/14/19*