UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
            :
UNITED STATES OF AMERICA,       :
            :
    -v-     :           19-CR-291 (LAP)
            :
ABIOLA OLAJUMOKE,       :           ORDER
            :
        Defendant.      :
            :
---------------------------------------------------------------X

**LORETTA A. PRESKA,** Senior United States District Judge:

The conference scheduled for October 14, 2020 at 9:30 a.m. will be held telephonically using the dial-in (888) 363-4764, access code: 4645450. In accordance with the Court's Emergency Individual Rules and Practices in Light of COVID-19, the parties should adhere to the following rules and guidelines during the hearing:

1. Each party should designate a single speaker to speak on its behalf (including when noting the appearances of other counsel on the telephone).

2. The speakers should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise. In addition, the speakers should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

3. To facilitate an orderly teleconference and the creation of an accurate transcript, the speakers are *required* to identify themselves every time they speak. The speakers should spell any proper names for the court reporter. The speakers should also take special care not to interrupt or speak over one another.

4. If there is a beep or chime indicating that a new caller has joined while someone is speaking, the speaker should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

If possible, the Defendant shall review the attached Waiver of Right to be Present at Criminal Proceeding with the Defendant prior to the proceeding. If the Defendant consents, and

is able to sign the form (either personally or, in accordance with Standing Order 20-MC-174 of March 27, 2020, by defense counsel), he shall email it to the Court at least **24 hours prior to the proceeding at this address: PreskaNYSDChambers@nysd.uscourts.gov**.  In the event the Defendant consents, but is unable to affix his signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature to the form.

To the extent that there are any documents relevant to the proceeding (e.g., the financial affidavit for CJA counsel), Defendant shall submit them to the Court (by email or on ECF, as appropriate) at least **at least 24 hours prior to the proceeding**.  To the extent any documents require the Defendant's signature, Defendant should endeavor to sign them in advance of the proceeding as set forth above; if Defendant is unable to do so, the Court will conduct an inquiry during the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature.

SO ORDERED.

Dated: October 13, 2020
      New York, New York

_Loretta A. Preska_
_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA
                                                    WAIVER OF RIGHT TO BE
                    -v-                             PRESENT AT CRIMINAL
                                                    PROCEEDING
ABIOLA OLAJUMOKE ,
                         Defendant.                 19-CR-291      (LAP)
---------------------------------------------------------------X
```

**Check Proceeding that Applies**

\_\_\_\_    Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York and to speak directly in that courtroom to the judge. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse.  I willingly give up my right to be present, at the time of the hearing, in the courtroom.  By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York for the conference.

Date:           _____          _____
                Print Name                                  Signature of Defendant


**Accepted:**    _____
                Signature of Judge
                Date: