

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 23, 2020

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

     **Re:**    <u>*United States v. Abiola Olajumoke*</u>, **19 Cr. 291 (LAP)**

Dear Judge Preska:

       The parties respectfully submit this letter to request the conference in the above-referenced matter scheduled for November 24, 2020, be adjourned, and that the Court order the following briefing schedule for any pretrial motion Abiola Olajumoke, the defendant, may file: the defendant shall file any pretrial motion on or before January 8, 2021; the Government shall file any opposition on or before February 5, 2021; and the defendant shall file a reply, if any, on or before February 15, 2021.

       Respectfully submitted,

       AUDREY STRAUSS
       Acting United States Attorney

      By: /s/ _____
       Daniel H. Wolf / Rebecca T. Dell
       Assistant United States Attorneys
       (212) 637-2337 / 2198

cc:    Joshua L. Dratel, Esq. (by ECF)

```
The briefing schedule proposed above is
approved.  The conference scheduled for
November 24, 2020 is adjourned until
February 22, 2021 at 12:00 p.m.  Time
shall be excluded until the next
conference date under the Speedy Trial
Act, in the interests of justice, to
allow the parties to prepare their
motions and to prepare for trial.
SO ORDERED.
```

Dated:    November 23, 2020
           New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.