UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA          :

    -v.-                                           :     19 Cr. 291 (LAP)

ABIOLA OLAJUMOKE,                 :     ~~PROPOSED~~ ORDER

                 Defendant.          :
------------------------------------------------------------X

      UPON APPLICATION by the defendant ABIOLA OLAJUMOKE, by and through his counsel, Joshua L. Dratel, Esq., and with the agreement of the United States, by and through Assistant United States Attorney Daniel Wolf,

      IT IS HEREBY ORDERED that the $100,000 secured bond provision in defendant ABIOLA OLAJUMOKE'S initial Appearance bond is vacated.

SO ORDERED:

_Loretta A. Preska_
U.S.D.J.

4/26/21