

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 9, 2022

**By ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Adelekan, et al.*, S4 19 Cr. 291 (LAP)

Dear Judge Preska:

      We write to respectfully request that the Court set a trial date for defendant Gbenga Oyeneyin and Abiola Olajumoke.  The Government is ready to proceed to trial at the Court's earliest convenience.

      Defense counsel for Oyeneyin has informed the Government that they have: (i) a one-week trial on June 6, 2022, (ii) a one-week trial on June 22, 2022, (iii), a two-week trial on July 25, 2022, (iv) a one-week trial on August 9, 2022, and (v) a five-week trial on September 16, 2022.  Defense counsel for Olajumoke has informed the Government that, while he has a trial scheduled on October 24, 2022, he does not expect it to proceed on that date.  In addition, counsel for Olajumoke is unavailable July 1 – July 7, 2022 and August 3 – 10, 2022.

      In addition, if the Court schedules a trial after August 31, 2022, the Government respectfully requests that the Court exclude time under the Speedy Trial Act between August 31, 2022 and the date of the newly scheduled trial.  The Government respectfully submits that the proposed exclusion would best serve the ends of justice and outweigh the interests of the public and the defendants in a speedy trial because it would allow the parties to engage in discussions regarding a potential pretrial resolution of the matter and to prepare for trial.  18 U.S.C. § 3161(h)(7)(A).

      Respectfully Submitted,

      DAMIAN WILLIAMS
      United States Attorney

    By:/s/_____
      Daniel H. Wolf / Rebecca T. Dell
      Assistant United States Attorneys
      (212) 637-2337 / 2198

cc:    All Counsel (by ECF)