

| | | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | **Duane Morris®** | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* ERBreslin@duanemorris.com | CHERRY HILL |
| BOSTON | | LAKE TAHOE |
| HOUSTON | *www.duanemorris.com* | MYANMAR |
| DALLAS | | |
| AUSTIN | | ALLIANCES IN MEXICO |
| HANOI | | AND SRI LANKA |
| HO CHI MINH CITY | | |

May 9, 2022

VIA ECF

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: <u>*United States v. Adelekan, et al.*, S4 19-cr-00291 (LAP)</u>

Dear Judge Preska:

  We represent defendant Gbenga Oyeneyin in this action.  We are in receipt of the Court's order setting trial to begin on July 11, 2022.  I have a criminal trial beginning on July 25, 2022 in state court in Winchester, Virginia, which will require me to relocate either to Virginia or to South Carolina (where my client resides) prior to the beginning of trial for preparation and to address other pre-trial issues.  I will be unable to defend a trial in New York on July 11 and still meet my obligations in Virginia.  We respectfully request a call with the Court and the parties to discuss this matter further.  We will make ourselves available at the Court's convenience.

            Respectfully submitted,

             /s/ Eric R. Breslin

Cc: All counsel of record via ECF

DUANE MORRIS LLP *A DELAWARE LIMITED LIABILITY PARTNERSHIP*    DAVID A. SUSSMAN, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800    PHONE: +1 973 424 2000 FAX: +1 973 424 2001
NEWARK, NJ 07102-5429