UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff<br><br>　　-against-<br><br>ABIOLA OLAJUMOKE,<br><br>　　　　　　Defendant. | 19 Cr. 291 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　Mr. Olajumoke and his counsel, Mr. Dratel, shall appear for a videoconference on Wednesday June 29, 2022 at 3:00 p.m. Videoconference information will be communicated separately by email.

**SO ORDERED.**

Dated:　New York, New York
　　　　June 27, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　　　Senior United States District Judge

1