```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :    ORDER
                                    :
          -v.-                      :    S4 19 Cr. 291 (LAP)
                                    :
ABIOLA OLAJUMOKE,                   :
                                    :
               Defendant.           :
                                    :
------------------------------------X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Rebecca T. Dell, dated June 26, 2022;

WHEREAS on or about December 8, 2021, the Government sought and obtained from this Court an order authorizing the Internal Revenue Service ("IRS") to disclose tax refund and payment information purportedly associated with the scheme charged in the Fourth Superseding Indictment (the "Tax Order"). On February 24, 2022, the Government received a production of documents from the IRS in response to the Tax Order (the "Tax Documents");

WHEREAS trial in the above-captioned matter is currently scheduled to begin on July 11, 2022;

IT IS HEREBY FURTHER ORDERED that the Tax Documents are probative of a matter in issue relevant in establishing the guilt of the defendant, *i.e.*, at the forthcoming trial in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
~~July~~ June 27 ___, 2022

_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE