```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff<br><br>　　　-against-<br><br>ABIOLA OLAJUMOKE,<br><br>　　　　　　Defendant. | 19 Cr. 291 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　Due to a family medical emergency of defense counsel, Mr. Dratel, the trial in this matter currently scheduled to begin on July 11 is adjourned.  The parties shall appear for a videoconference on Friday July 15, 2022, at 10:00 a.m. to discuss trial dates and how they wish to proceed.  Chambers will separately circulate videoconference information to counsel.  Public access to the videoconference is available using the following information:  Dial-in (877) 402-9753; Access code 6545179.

　　Time under the Speedy Trial Act is excluded through July 15, 2022, on the Court's finding that counsel's inability to attend the trial currently scheduled to begin on Monday July 11, and the ends of justice, including continuity of counsel, served by the adjournment outweigh the interest of the public and defendant in a speedy trial.  Namely, beginning trial on July 11 without the benefit of Mr. Olajumoke's long-time counsel would

1

not be possible or would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7).

Defendant's pro se motion to adjourn trial to permit him to prepare for his defense is denied as moot.

**SO ORDERED.**

Dated:   New York, New York
         July 6, 2022

_____
LORETTA A. PRESKA
Senior United States District Judge