UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :         <u>ORDER</u>
                                        :
                                        :         19 CR 291-05 (LAP)
                                        :
    ABIOLA OLAJUMOKE                    :         _____
                                        :         Docket #
----------------------------------------x


Loretta A. Preska
_____, DISTRICT JUDGE:
        Judge's Name

The C.J.A. attorney assigned to this case
Joshua Dratel
_____ is hereby ordered substituted
        Attorney's Name

and the representation of the defendant in the above captioned

                         David Bertan                            July 13, 2022
matter is assigned to _____, NUNC-PRO-TUNC _____.
                              Attorney's Name

                                        SO ORDERED.

                                        _Loretta A. Preska_
                                        UNITED STATES DISTRICT JUDGE


        July 13, 2022
Dated:  New York, New York