**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
                                               :

UNITED STATES OF AMERICA       :

    -against-              :        **ORDER**

                                               :

                                             :     19 cr 291-5 ( LAP )

ABIOLA OLAJUMOKE           :          Docket #
------------------------------------x

Loretta A. Preska, **DISTRICT JUDGE**.
    Judge's Name

The attorney retained in this case,

Dawn Cardi    is hereby ordered
Attorney's Name

to assume representation as second opinion counsel of the defendant

in the above captioned matter in her capacity as a CJA attorney.

Nunc Pro Tunc July 5, 2022.

                                                SO ORDERED.

                                         **UNITED STATES DISTRICT JUDGE**

**Dated: August 18, 2022**
**New York, New York**