UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff

  -against-

ABIOLA OLAJUMOKE,

        Defendant.

19 Cr. 291 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    A Pretrial Conference for Abiola Olajumoke is hereby scheduled for January 17, 2023 at 2:30 P.M. in Courtroom 12A. To the extent that there are any documents relevant to the proceeding, counsel should submit them to the Court (by email or on ECF, as appropriate) at least 24 hours prior to the proceeding.

**SO ORDERED.**

Dated:    New York, New York
           January 9, 2023

                                          _Loretta A. Preska_
                                          LORETTA A. PRESKA
                                          Senior United States District Judge