```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
United States of America,            :
                                     :
                                     :   19 CR 291-05(LAP)
                    Plaintiff(s),    :
                                     :   SCHEDULING ORDER
         -against-                   :
                                     :
Abiola Olajumoke,                    :
                    Defendant(s).    :
                                     :
-------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby

ORDERED that trial is scheduled to commence in courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York, on March 29, 2023 at 10:00 A.M. in the above-captioned action, subject to continuing trials.  The final pretrial conference is scheduled for March 22, 2023 at 12:00 P.M.

SO ORDERED.

_____

Loretta A. Preska, Senior U.S.D.J.

Dated:   New York, New York
         March 16, 2023