

**THE MIRVIS LAW FIRM, P.C.**

August 1, 2023

<u>Via ECF</u>
Honorable Loretta A. Preska
Senior U.S. District Judge
Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007-1312

      Re:    <u>United States v. Abiola Olajumoke</u>
              <u>Criminal Docket No.: 19CR291(LAP)</u>

Dear Judge Preska:

    On behalf of my client, Abiola Olajumoke, I write to respectfully request that his Sentencing Hearing, currently scheduled for August 15, 2023, be adjourned for thirty days.

    This request is necessary because I need additional time to prepare the sentencing memorandum and I am still waiting for a few character letters from Mr. Olajumoke friends and family from overseas.

    Assistant United States Attorney Daniel Wolf takes no position. This is defendant's second application for an adjournment of sentencing.

    Wherefore, I respectfully request that sentencing be adjourned for thirty days to a date that is convenient and available to the Court and the Government. I thank Your Honor in advance for your consideration of this application.

                                 **Respectfully Submitted,**

                                 <u>/S/ Tony Mirvis</u>
                                 Tony Mirvis, Esq. (TM-2890)

cc:    AUSA Daniel Wolf (Via ECF)

```
Mr. Olajumoke's sentencing is adjourned to September 19, 2023 at
1:00 p.m. in Courtroom 12A.

SO ORDERED.
```

*Loretta A. Preska*
8/2/2023

28 DOOLEY STREET, 3RD FLOOR, BROOKLYN, NY 11235
PHONE: 718.934.4141 · FAX: 718.228.8408
MIRVIS.TONY@GMAIL.COM