UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff<br><br>　　　-against-<br><br>ABIOLA OLAJUMOKE,<br><br>　　　　　　Defendant. | 19 Cr. 291 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　Proposed amendments to the United States Sentencing Commission Guidelines are scheduled to go into effect prior to Mr. Abiola Olajumoke's sentencing.  The parties shall address any revisions to the Guidelines that implicate the proper calculation of Mr. Olajumoke's guideline range by November 6, 2023.

**SO ORDERED.**

Dated:　　New York, New York
　　　　　October 31, 2023

　　　　　　　　　　　　　　　　　　　*Loretta A. Preska*
　　　　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　　　　Senior United States District Judge

1