UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABIOLA OLAJUMOKE,

               Petitioner,

-against-

UNITED STATES OF AMERICA,

               Respondent.

No. 24 CV 7661 (LAP)
No. 19 CR 0291 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Petitioner's motion to vacate, set aside, or correct his sentence, pursuant to 28 U.S.C. § 2255, based on ineffective assistance of counsel. (See dkt. no. 1.) The Government is directed to respond no later than October 31, 2024. Petitioner shall file any reply no later than November 8, 2024.

**SO ORDERED.**

Dated:    October 10, 2024
           New York, New York

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge